

**Date:** May 12, 2025

## DMCA Takedown Notice

### 1. Copyright

Copyright Owner:

MacuHealth LP

Company/Organization:

HarnessIP

### 2. Original Work

Links to the original work:

- macuhealth.com
- https://cdn.macuhealth.com/wp-content/uploads/2024/09/MacuHealth%C2%AE_Logo_Blue_HIGH-Cropped-2048x382.png
- https://cdn.macuhealth.com/wp-content/uploads/2024/09/MacuHealth-Pills-Desktop2-01.png
- https://cdn.macuhealth.com/wp-content/uploads/2024/09/MacuHealth-Pills-Desktop2-02.png
- https://cdn.macuhealth.com/wp-content/uploads/2024/09/MacuHealth-Pills-Desktop3-03.png
- https://cdn.macuhealth.com/wp-content/uploads/2024/09/MacuHealth-Pills-Desktop2-04.png
- https://cdn.macuhealth.com/wp-content/uploads/2024/09/MacuHealth-Pills-Desktop2-05.png
- https://cdn.macuhealth.com/wp-content/uploads/2024/09/Pro-Capture-One-0346-2000x2000-1-1024x1024.jpg
- https://cdn.macuhealth.com/wp-content/uploads/2024/09/Jim_Stringham-2000x2000-1-1024x1024.jpg

- https://cdn.macuhealth.com/wp-content/uploads/2016/01/MacuHealth_Softgels-2.webp
- https://www.amazon.com/stores/MacuHealthLLC/page/EF8C9DAE-5E8C-44F3-9FD0-D114A773BE70?lp_asin=B00CD8WAKK&ref_=ast_bln
- https://m.media-amazon.com/images/I/71Gp2VV6aeL._AC_CR0%2C0%2C0%2C0_SX480_SY360_.jpg
- https://m.media-amazon.com/images/I/71VE7XnVKmL._AC_CR0%2C0%2C0%2C0_SX480_SY360_.jpg
- https://m.media-amazon.com/images/I/71X0D5GiuoL._AC_CR0%2C0%2C0%2C0_SX480_SY360_.jpg
- https://m.media-amazon.com/images/I/71XtnVSkSQL._AC_CR0%2C0%2C0%2C0_SX480_SY360_.jpg
- https://m.media-amazon.com/images/I/81O3MoV-omL._AC_CR0%2C0%2C0%2C0_SX480_SY360_.jpg
- https://m.media-amazon.com/images/I/81Oqj02yEuL._AC_CR0%2C0%2C0%2C0_SX480_SY360_.jpg
- https://www.amazon.com/stores/page/EFBA6B40-B096-4DF1-BBC2-698651A2C844?ingress=2&visitId=8147bd28-b405-4d80-a95e-53579daa6259&ref_=ast_bln

3. **Allegedly Infringing Content**

Links to the allegedly infringing work:

- macuhealths.com
- https://macuhealths.com/products/macuhealth
- https://macuhealths.com/cdn/shop/files/20250428163308.jpg?v=1746673788&width=750
- https://macuhealths.com/cdn/shop/files/20250428162245.jpg?v=1746673788&width=1780
- https://macuhealths.com/cdn/shop/files/20250428162451.jpg?v=1746673788&width=1780

- https://macuhealths.com/cdn/shop/files/3.png?v=1746673787&width=500
- https://macuhealths.com/cdn/shop/files/712Zqf_1USL_18f3e9fd-a5da-4a27-befe-4505403aeef2.jpg?v=1746674073&width=713
- https://macuhealths.com/cdn/shop/files/71Gp2VV6aeL_eb078d17-cefa-4d53-b4fb-d8a4a7f6c30e.jpg?v=1746674073&width=713
- https://macuhealths.com/cdn/shop/files/71VE7XnVKmL_a9452747-517b-4a99-ab6f-dfbdc377ca8f.jpg?v=1746674073&width=713
- https://macuhealths.com/cdn/shop/files/71XtnVSkSQL_9dd9e5a2-4c4e-4386-87bb-b7c55e669400.jpg?v=1746674073&width=713
- https://macuhealths.com/cdn/shop/files/81Oqj02yEuL_9b072993-a01d-4a89-a143-f09f5d7390d9.jpg?v=1746674073&width=713
- https://macuhealths.com/cdn/shop/files/25aaadd2-1d3e-4bd3-978e-07c819c011eb.__CR0_0_1464_600_PT0_SX1464_V1.png?v=1746673745&width=1780
- https://macuhealths.com/cdn/shop/files/c4bf18e6-ce5b-4a97-b82d-67d2ef7e493e.__CR0_0_1464_600_PT0_SX1464_V1.png?v=1746673745&width=1780
- https://macuhealths.com/cdn/shop/files/9ca949ea-17d8-4f47-afca-6cb6245fa517.__CR0_0_1464_600_PT0_SX1464_V1.png?v=1746673745&width=1780
- https://macuhealths.com/cdn/shop/files/54d8b828-fa12-48bf-9775-baa3413768eb.__CR0_0_1464_600_PT0_SX1464_V1.png?v=1746673742&width=1780
- https://cdn.shopify.com/s/files/1/0592/8245/6619/files/3_200x60@2x.png?v=1746673787.webp

## 4. Declarations

- I have a good faith belief that use of the content in the manner complained of is not authorized by the copyright owner, its agent, or the law.
- All of the information in this notification is accurate.
- I swear under penalty of perjury, that I am the owner or am authorized to act on behalf of the owner of an exclusive right that is allegedly infringed.