HARNESS, DICKEY & PIERCE, P.L.C.
Glenn E. Forbis (P52119)
Jeremiah J. Foley (P85516)
5445 Corporate Drive, Suite 200
Troy, MI  48098
Tel. 248-641-1600
Fax: 248-641-0270
Email:  gforbis@harnessip.com
            jfoley@harnessip.com

Attorneys for MacuHealth, LP

## DECLARATION IN SUPPORT OF REQUEST TO THE CLERK FOR SUBPOENA TO SHOPIFY (USA), INC. UNDER 17 U.S.C. § 512(h)

I, Jeremiah J. Foley, declare as follows:

1. I am an Associate Attorney at HarnessIP and counsel for MacuHealth, LP ("MacuHealth"). I make this declaration in support of MacuHealth's request to the clerk for a subpoena to Shopify (USA), Inc. under 17 U.S.C. § 512(h). I have personal knowledge of the facts stated in this declaration and, if called to do so, would testify competently thereto.

2. The purpose for which the subpoena is sought is to obtain the identity of an infringer and the information received will only be used for the purpose of protecting MacuHealth's rights under title 17 of the United States Code.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: May 12, 2025

/s/Jeremiah J. Foley

HARNESS, DICKEY & PIERCE, P.L.C.
Jeremiah J. Foley (P85516)
5445 Corporate Drive, Suite 200
Troy, MI  48098
Tel. 248-641-1600
Fax: 248-641-0270
Email:  gforbis@harnessip.com
jfoley@harnessip.com
